**Kálmán GYÖRY, Plaintiff–Appellant,**

v.

**REEBOK INTERNATIONAL, LTD.,
Defendant–Appellee.**

No. 04–1516.

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2005.

Before MAYER, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
CLEVENGER, Circuit Judge.

PER CURIAM.

Kálmán Györy ("Györy") appeals the dismissal of his suit against Reebok International, Ltd. ("Reebok") for alleged infringement of United States Patent No. 4,134,156 ("the '156 patent"). *Györy v. Reebok Int'l Ltd.*, No. 03–CV–10077 (D. Mass. June 4, 2004). We *affirm*.

With the benefit of an earlier application, Györy's '156 patent claimed priority from June 11, 1976, and it issued on January 16, 1979. Under 35 U.S.C. § 154(c)(1), the term of the '156 patent expired on June 11, 1996. Györy commenced this action on January 6, 2003. Because "no recovery shall be had for any infringement committed more than six years prior to the filing of the complaint," 35 U.S.C. § 286, and because an act must be performed "during the term of the patent" to constitute an act of infringement, 35 U.S.C. § 271(a), Györy cannot recover and his complaint was properly dismissed for failure to state a claim. We have considered

Reebok's request for attorney fees, and we decline to award them.

**PURITAN–BENNETT CORP. and
Mallinckrodt Inc., Plaintiffs–
Appellants,**

v.

**PENOX TECHNOLOGIES, INC. and
Essex Industries, Inc., Defendants–
Cross Appellants.**

Nos. 04–1303, 04–1316.

United States Court of Appeals,
Federal Circuit.

Feb. 17, 2005.

Before RADER, Circuit Judge,
PLAGER, Senior Circuit Judge, and
PROST, Circuit Judge.

PLAGER, Senior Circuit Judge.

The judgment of the United States District Court for the Southern District of Indiana is affirmed on the basis of the thorough opinion of the trial court. *See Puritan–Bennett Corp. v. Penox Techs., Inc.*, No. IP 02–0762–C–M/S, 2004 WL 866618 (S.D.Ind. Mar. 2, 2004).